UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES P. MAGUIRE,

**ORDER**
05-CV-2905 (DRH) (WDW)

                    Plaintiff,

     -against-

JOANNE E. BARNHART, Commissioner of
Social Security,

                    Defendants.
-------------------------------------------------------------------X

**HURLEY, District Judge:**

        On October 10, 2007, this Court referred plaintiff's counsel's motion for attorneys' fees to Magistrate Judge William D. Wall. On January 5, 2009, Judge Wall issued a Report and Recommendation recommending that Plaintiff's counsel be awarded $29,017.08 in attorneys' fees. No objections have been filed.

        Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the January 5, 2009 Report and Recommendation of Judge Wall as if set forth herein. The Court therefore directs that plaintiff's counsel be awarded a total of $29,017.08 in attorneys' fees.

        **SO ORDERED.**

Dated: Central Islip, N.Y.
      August 20, 2009

                                                   /s/
                                                   Denis R. Hurley,
                                                   United States District Judge